UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| KAPPE ASSOCIATES, INC., : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:15-cv-02211 |
| : | |
| CHESAPEAKE ENVIRONMENTAL : | |
| EQUIPMENT, LLC; JASON NORTH; : | |
| JEFFREY MANCINI; KATHLEEN MANCINI; : | |
| NATHAN LEYBURN; DANIEL THOMPSON, : | |
| Defendants. : | |

_____

**O R D E R**
**Motion to Dismiss Amended Complaint, ECF No. 27 – Granted in part and denied in part**

**AND NOW**, this 31st day of August, 2016, upon consideration of Defendants' Motion to Dismiss Amended Complaint, ECF No. 27, and for the reasons set forth in the Memorandum issued this date, **IT IS ORDERED THAT:**

1. Defendants' Motion, ECF No. 27, is **GRANTED in part** and **DENIED in part** as follows:

    A. The request to dismiss Jeffrey Mancini and Nathan Leyburn for lack of personal jurisdiction is **DENIED**;

    B. The request to dismiss Kathleen Mancini and Daniel Thompson for lack of personal jurisdiction is **GRANTED** and they are **TERMINATED** as parties to this action;

    C. The request to dismiss Count VII, as well as paragraphs 257 and 269 through 273 of the Amended Complaint, is **DENIED**;

    D. The request to dismiss paragraphs 258 through 262 of the Amended Complaint is **GRANTED**;

    2.       Count XIII as to Defendant Edward J. Serowka only, is **DISMISSED**; and

    3.       The Clerk of Court is directed to **TERMINATE** Defendants Edward J. Serowka, Sr., and Lakeland Innovatech as parties to this action.

                            BY THE COURT:


                            */s/ Joseph F. Leeson, Jr.*
                            JOSEPH F. LEESON, JR.
                            United States District Judge